# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eric Brian Lawson aka Eric Lawson aka Eric B. Lawson | BK NO. 24-00802 MJC |
| Debtor(s) | Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                      Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
12 Apr 2024, 10:11:22, EDT

                      KML Law Group, P.C.
                      BNY Mellon Independence Center
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106
                      215-627-1322