United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-00802-MJC
Eric Brian Lawson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 2
Date Rcvd: Jun 17, 2024  Form ID: ntcnfhrg  Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric Brian Lawson, 14 Summit View Drive, Mountain Top, PA 18707-1113 |
| 5607414 | + | Mountain Top Area Joint Sanitary Auth, 290 Morio Drive, Mountain Top, PA 18707-9409 |
| 5609691 | + | Mountaintop Area Joint Sanitary Authority, 290 Morio Drive, Mountaintop, PA 18707-9409 |
| 5607415 | + | Peters Oil Co, 273 S. Main Road, Mountain Top, PA 18707-2070 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5607401 | | Email/Text: Bankruptcy@ICSystem.com | Jun 17 2024 18:39:00 | ATT DIRECTV, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5607403 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 17 2024 18:48:27 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5607402 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 17 2024 18:48:30 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5607404 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 17 2024 18:48:26 | Capital One Bank USA NA, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 5607405 | ^ | MEBN | Jun 17 2024 18:35:50 | Comenity Capital Bank, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 5623509 | + | Email/Text: BNCnotices@dcmservices.com | Jun 17 2024 18:39:00 | GEISINGER, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5607406 | | Email/Text: Bankruptcy@ICSystem.com | Jun 17 2024 18:39:00 | I C System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5607407 | | Email/Text: Bankruptcy@ICSystem.com | Jun 17 2024 18:39:00 | Ic Systems, Inc, Attn: Bankruptcy, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5607409 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 17 2024 18:39:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5607408 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 17 2024 18:39:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5607411 | | Email/Text: camanagement@mtb.com | Jun 17 2024 18:39:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5607410 | | Email/Text: camanagement@mtb.com | Jun 17 2024 18:39:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 5619063 | | Email/Text: camanagement@mtb.com | Jun 17 2024 18:39:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5607412 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 17 2024 18:39:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 5622103 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| | | | |
|---|---|---|---|
| | | Jun 17 2024 18:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5607413 | Email/Text: bankruptcydpt@mcmcg.com | Jun 17 2024 18:39:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5608730 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 17 2024 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Eric Brian Lawson MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Eric Brian Lawson,
aka Eric Lawson, aka Eric B. Lawson,

    **Debtor 1**

Chapter 13

Case No. 5:24−bk−00802−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 18, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: July 25, 2024<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 17, 2024 |

ntcnfhrg (08/21)